899 So.2d 458 (2005)
Jeffrey R. HASTINGS, Appellant,
v.
STATE of Florida, Appellee.
No. 4D05-737.
District Court of Appeal of Florida, Fourth District.
April 6, 2005.
Jeffrey R. Hastings, Okeechobee, pro se.
No appearance required for appellee.
PER CURIAM.
Affirmed without prejudice to appellant's seeking post-sentencing jail credit, administratively, from the Department of Corrections. See § 921.161(1), Fla. Stat.; Washington v. State, 662 So.2d 1027 (Fla. 5th DCA 1995); Reynolds v. State, 590 So.2d 1043 (Fla. 1st DCA 1991); Brown v. State, 427 So.2d 821 (Fla. 2d DCA 1983); Kenon v. State, 616 So.2d 635 (Fla. 4th DCA 1993).
FARMER, C.J., POLEN and SHAHOOD, JJ., concur.